UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-2931 (TSC) |
| U.S. DEPARTMENT OF STATE, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's January 16, 2020, Minute Order, the parties respectfully file the following status report in this Freedom of Information Act ("FOIA") matter in which Plaintiff, International Refugee Assistance Project ("IRAP") has requested records from the U.S. Department of State ("State"). The Parties hereby state as follows:

1. On July 8, 2019, Plaintiff submitted a FOIA request to State seeking records related to (a) the role of state and local jurisdictions in decisions related to the resettlement in their jurisdictions of refugees; (b) applying criteria related to assimilation in refugee resettlement, or otherwise amending existing policies that select refugees for resettlement based on vulnerability criteria; and (c) plans to reduce the number of federal refugee resettlement agencies from nine federal contractors. *See* Compl. (ECF No. 1) ¶ 21.

2. State has completed its searches for records potentially responsive to Plaintiff's FOIA request and has located approximately 1,500 potentially responsive documents.[1]

---

[1] At this stage, the number of documents reflects an email and its attachments counted as one file. Emails and attachments will be counted separately once the documents are loaded into State's review platform and therefore this number is expected to increase.

3.  State made its first production of responsive, non-exempt records to Plaintiff on February 10, 2020. With this production, State produced two records in part and withheld 16 records in full. This production reflected review of over 337 pages of potentially responsive documents.

4.  State will continue to make rolling productions of responsive, non-exempt records on a monthly basis and will maintain an average processing rate of 300 pages per month. As previously reported, State has agreed to make best efforts to prioritize certain categories of documents for processing, as requested by Plaintiff.

5.  The parties have yet to agree on what processing rate is appropriate, and additionally have yet to conclude discussions about the search Defendant conducted for responsive records. Within three weeks of this date, Defendant provided a detailed description of the search it conducted so that the parties can discuss the most efficient way to accelerate the production of responsive documents. If the parties have not made meaningful progress on this issue in the next 30 days, Plaintiff believes a status conference with the Court would be helpful.

6.  In light of the above, the Parties propose that they file another Joint Status Report by March 16, 2020, to further update the Court on Defendant's progress responding to Plaintiff's requests for records.

February 14, 2020                                Respectfully submitted,

/s/ Justin B. Cox
Justin B. Cox (pro hac vice)
International Refugee Assistance Project
P.O. Box 170208
Atlanta, GA 30317
Telephone: (516) 701-4233
jcox@refugeerights.org

Mariko Hirose (D.D.C. Bar No. NY0262)

International Refugee Assistance Project
One Battery Park Plaza
Fourth Floor
New York, New York 10004
Telephone: (516) 701-4620
mhirose@refugeerights.org

Melissa S. Keaney (pro hac vice)
International Refugee Assistance Project
P.O. Box 2291
Fair Oaks, CA 95628
Telephone: (916) 546-6125
mkeaney@refugeerights.org

*Counsel for Plaintiff*

TIMOTHY J. SHEA, D.C. Bar No. 437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

/s/   *Christopher C. Hair*
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civil Action No. 19-2931 (TSC) |
| U.S. DEPARTMENT OF STATE, | ) ) ) |  |
| Defendant. | ) ) |  |

## PROPOSED ORDER

Based on the Parties' joint status report updating the Court on their progress in this FOIA matter, it is hereby **ORDERED** that the Parties will file another joint status report by March 16, 2020, further updating the Court on their progress.

_____                           _____
Date                                       The Honorable Tanya S. Chutkan
                                           UNITED STATES DISTRICT JUDGE