UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, ) ) ) ) Plaintiff, ) ) v. ) ) DEPARTMENT OF STATE, ) ) Defendant. ) ) | Civil Action No. 19-2931 (TSC) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: March 16, 2022

/s/ *Melissa Keaney*
Melissa Keaney (CA Bar No. 265306)
International Refugee Assistance Project
P.O. Box 2291
Fair Oaks, CA 95628
Telephone: (916) 546-6125
mkeaney@refugeerights.org

Mariko Hirose (D.D.C. Bar No. NY0262)
International Refugee Assistance Project
One Battery Park Plaza
Fourth Floor
New York, New York 10004
Telephone: (516) 701-4620
mhirose@refugeerights.org

*Counsel for Plaintiff*

Respectfully Submitted,

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ *Christopher C. Hair*
CHRISTOPHER C. HAIR
PA Bar No. 306656
Assistant United States Attorney
Civil Division
555 4th St. N.W.
Washington, D.C. 20530
Telephone: (202) 252-2541
E-mail: Christopher.Hair@usdoj.gov

*Counsel for Defendant*